UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAULA M. GARDNER,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.

CASE NO. 3:21-cv-05680-JLR-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the report and recommendation.

(2)    This matter is dismissed without prejudice for lack of subject matter jurisdiction. Any pending motions are denied as moot.

(3)    The Clerk is directed to send a copy of this Order to Judge Creatura.

**DATED** this 12 October 2021.

James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1